## Burrows *v.* Carson, Appellant (No. 2).

CONCURRING OPINION BY RICE, P. J., April 29, 1913:

Whilst concurring in the conclusion of the majority of the court relative to the first assignment of error, I am of opinion that the second assignment should also be sustained for the first reason assigned in the motion to quash the scire facias.